Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Ivonne Regalado-Arce**

Case Number: **2:21CR00019**

Name of Sentencing Judicial Officer: **Honorable Dana M. Sabraw**

Date of Original Sentence: **May 1, 2020**

Original Offense: **Importation of Cocaine**

Original Sentence: **224 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 1, 2020**

Date Jurisdiction Transferred to District of Nevada: **January 25, 2021**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

On May 1, 2020, Ivonne Regalado-Arce was sentenced by the Honorable Dana M. Sabraw in the Southern District of California to a term of time served (224 Days) followed by three (3) years of supervised release for the offense of Importation of Cocaine, a Class A Felony. On December 1, 2020, the District of Nevada accepted supervision of her case. Jurisdiction of her case was subsequently accepted by Your Honor on January 25, 2021.

Regaldo-Arce is requesting to travel to Ensenada, Mexico on September 2, 2022, returning on September 10, 2022. Regaldo-Arce has three children who live with her mother in Ensenada, Mexico. Her travel would consist of visiting her children along with celebrating her daughter's birthday while in Mexico. She plans to travel in her personal vehicle and anticipates the trip will cost $400. Regaldo-Arce is working full time at Brady Linen Services and has expressed an interest in obtaining her own apartment, so that she can eventually bring her children home with her from Mexico. Regaldo-Arce is currently on the low-risk caseload and in compliance with her supervision terms. She is due to expire from supervision on April 30, 2023.

**RE: Ivonne Regalado-Arce**

Form 12 - Travel
D/NV Form
Rev. June 2014

At this time, our office respectfully defers to the Court to approve or deny Regaldo-Arce's request to travel outside the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

                                                                                        Respectfully submitted,

                                                                                        Briana Casey
                                                                                        United States Probation Officer Assistant

Approved:

Joy Gabonia
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

X       Requested Travel is Approved

☐       Requested Travel is Denied

☐       Other

                                                                                        Signature of Judicial Officer

                                                                                        August 19, 2022
                                                                                        Date